♦AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF          MASSACHUSETTS

### APPEARANCE

Case Number: 04-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     MARK MCCARTHY

I certify that I am admitted to practice in this court.

Date: 9/23/04

Signature: /s/ Robert J. Santaniello

Print Name: ROBERT T. SANTANIELLO     Bar Number: 56001C

Address: 83 STATE ST - 3rd FLOOR

City: SPRINGFIELD     State: MA     Zip Code: 01103

Phone Number: 413-781-2132     Fax Number: 413-732-7575