UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

UNITED STATES OF AMERICA

_30 _ II: 2_

v.

_Mark McCarthy_

Criminal Action No. _04 - 30046_ _____ T COURT

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Mark McCarthy_

☒ states that no waiver will be filed and requests that the government provide
automatic discovery in accordance with LR 116.1(C).

☐ waives the automatic disclosure of discovery material pursuant to Local Rule
116.1(B). Discovery will be obtained directly through the provisions of the
Federal Rules of Criminal Procedure in the manner provided under Local Rule
116.3.

If no election is made, automatic discovery will be conducted pursuant to the
Local Rules.

_9/27/04_
Date

_Vincent D. Antonelli_
Attorney for the Defendant

## Certificate of Service

I hereby certify that on _9/29/04_ , I served a copy of this
document via mail/in-hand upon counsel for the Government.

_Vincent D. Antonelli_
Attorney for Defendant