UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>) | CRIMINAL NO. 04-30046-MAP |
| ALBERT INNARELLI,         )<br>MICHAEL BERGDOLL,         )<br>ANTHONY MATOS,            )<br>PASQUALE ROMEO,           )<br>WILFRED CHANGASIE,        )<br>THEODORE JARRETT,         )<br>MARK MCCARTHY,            )<br>JAMES SMITH,              )<br>LAWRENCE LYNCH,           )<br>EDGAR CORONA,             )<br>KATHRYN ZEPKA,            )<br>JONATHAN FREDERICK, and   )<br>JOSEPH SULLIVAN,          )<br>)<br>    Defendants.           ) | |

<u>GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to Local Rule 7.2, to unseal the Indictment in the above referenced case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ William M Welch II
WILLIAM M. WELCH II.
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                        Springfield, Massachusetts
                                    September 21, 2005

I, William M. Welch II, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on all counsel of record.

*/s/ William M Welch II*
William M. Welch II
Assistant U.S. Attorney