## SANTANIELLO & SANTANIELLO, LLC

COUNSELLORS AT LAW
83 STATE STREET
THIRD FLOOR
SPRINGFIELD, MASSACHUSETTS 01103

ROBERT M. SANTANIELLO
ROBERT T. SANTANIELLO

TEL (413) 781-2132
FAX (413) 732-7515

EDWARD J. PARTYKA
OF COUNSEL

December 13, 2005

ASST U.S. ATTORNEY WILLIAM WELCH
U.S. FEDERAL COURTHOUSE
1550 Main Street
Springfield, MA 01103

RE:     U.S. v. Innarelli et al
        Docket No. - 04-30046-MAP

Dear Attrorney Welch:

As you know, this office represents Mark McCarthy in connection with the above-referenced matter.

In light of the Superceding Indictment, please accept this letter as a formal request for copies of the loan files and related documents for the following properties:

   *84 Andrew Street, Springfield, MA.
   *12-14 James Street, Springfield, MA

My understanding is that the document copier, The Maverick Group, Inc., will contact me when the documents are ready.

Thank you for your anticipated cooperation.

Very truly yours,

SANTANIELLO & SANTANIELLO, LLC

Robert T. Santaniello

RTS/rr

GOVERNMENT EXHIBIT
1