## SANTANIELLO & SANTANIELLO, LLC

COUNSELLORS AT LAW
83 STATE STREET
THIRD FLOOR
SPRINGFIELD, MASSACHUSETTS 01103

ROBERT M. SANTANIELLO
ROBERT T. SANTANIELLO

TEL (413) 781-2132
FAX (413) 732-7515

EDWARD J. PARTYKA
OF COUNSEL

February 24, 2006

ASST. U.S. ATTORNEY WILLIAM WELCH
U.S. FEDERAL COURTHOUSE
1550 Main Street
Springfield, MA 01103

RE:       U.S. v. Innarelli et al
          Docket No. - 04-30046-MAP

Dear Attorney Welch:

As you know, this office represents Mark McCarthy in connection with the above-referenced matter.

In light of the fast approaching trial date, as well as your March 24th deadline to enter a plea agreement, please accept this letter as a formal request for copies of the loan files and related documents for the following properties forthwith:

   *84 Andrew St., Springfield, MA
   *12-14 James St., Springfield, MA
   *100 Pearl Street, Springfield, MA
   *6-8 Hampden St., Springfield, MA
   *15-17 Eaton St., Springfield, MA
   *52 Clarendon St., Springfield, MA
   *70-72 Maynard St., Springfield, MA
   *740 Allen St., Springfield, MA
   *1349-1351 Worcester St., Springfield, MA
   *31 Mazarin St., Springfield, MA
   *71 Bernard St., Springfield, MA
   *825 Chicopee St., Chicopee, MA

Please be advised that despite numerous calls to The Maverick Group, I have yet to receive the copies requested in my letter to you dated December 13, 2005.


GOVERNMENT EXHIBIT 2

Thank you for your anticipated cooperation.

Very truly yours,

SANTANIELLO & SANTANIELLO, LLC

Robert T. Santaniello

cc:     The Maverick Group

RTS/rr