UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**

CASE NO. 04-30046-MAP

**MARK MCCARTHY**

NOTICE OF HEARING

PONSOR         D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for CHANGE OF PLEA HEARING ON APRIL 12, 2006 AT 10:00 A.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

| MARCH 27, 2006 | By: /s/Elizabeth A. French |
|---|---|
| Date | Deputy Clerk |

**(Notice of Hearing.wpd - 3/7/2005)**