FILED
IN CLERK'S OFFICE

2006 APR 25 A 10:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL DOCKET NO. CR-N-04-30046 MAP

UNITED STATES OF AMERICA
    Plaintiff

VS.                              DEFENDANT, MARK McCARTHY'S,
                                 ASSENTED TO MOTION TO CONTINUE

ALBERT INNARELLI, ET ALS
    Defendants

    NOW COMES the Defendant, MARK McCARTHY, in the above-captioned matter and respectfully moves this Honorable Court continue the sentencing hearing presently scheduled for July 26, 2006,.in the U.S. District Court, to Wednesday, August 30, 2006 at 2:00 p.m..

    AS REASON THEREFOR, the Defendant, MARK McCARTHY'S, counsel, ROBERT T. SANTANIELLO, ESQ., will be on a pre-planned, pre-paid vacation the week of July 26, 2006.

    WHEREFORE, the Defendant, MARK McCARTHY, prays said Assented To Motion To Continue be allowed in the interests of fundamental fairness and judicial economy.

                                                  THE DEFENDANT,
                                                  MARK McCARTHY

                        BY: _____
                             ROBERT T. SANTANIELLO, ESQ.
                             SANTANIELLO & SANTANIELLO, LLC.
                             83 State Street
                             Springfield, MA 01103
                             Tel: (413) 781-2132
                             Fax: (413) 732-7515
                             BBO# 560010
                             His Attorney

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

ASSENTED TO:

*William Welch by RTS*
AUSA WILLIAM WELCH, ESQ.
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1550 Main St.
Springfield, MA 01103

## CERTIFICATE OF SERVICE

I, ROBERT T. SANTANIELLO, ESQ., hereby certify that copy of the foregoing has been mailed, postage prepaid, first class mail, this 24th day of April, 2006, to: AUSA WILLIAM WELCH, UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS, 1550 Main St., Springfield, MA 01103.

Dated: 04/24/06

ROBERT T. SANTANIELLO, ESQ.

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515