UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                          Crim. No. 04-30046-MAP

MARK McCARTHY, ET AL
    Defendants

### MOTION OF THE DEFENDANT, MARK McCARTHY, TO ADOPT DEFENDANT, ALBERT INNARELLI'S, MOTION TO ENLARGE TIME FOR FILING MOTION RE: APPROPRIATE METHOD OF CALCULATING LOSS

NOW COMES the Defendant, MARK McCARTHY, and respectfully requests this Honorable Court permit him to adopt and incorporate herein the Defendant, Albert Innarelli's, Motion To Enlarge Time For Filing Motion RE: Appropriate Method Of Calculating Loss.

THE DEFENDANT, Mark McCarthy's, sentencing hearing is scheduled for Friday, October 13, 2006 and he asserts herein the same reasons set forth in the Motion filed on behalf of Mr. Innarelli.

THIS MOTION is filed with the assent of Mr. Innarelli's counsel, Attorney Moira Buckley.

WHEREFORE, Defendant, Mark McCarthy, prays said Motion be allowed.

                        THE DEFENDANT,
                        MARK McCARTHY

                BY:     /s/ Robert J. Santaniello
                        ROBERT T. SANTANIELLO, ESQ.
                        SANTANIELLO & SANTANIELLO, LLC
                        83 State Street
                        Springfield, MA 01103
                        Tel: (413) 781-2130
                        Fax: (413) 732-7515
                        BBO#560010
                        Attorney for the Defendant McCarthy

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

CERTIFICATE OF SERVICE

I, ROBERT T. SANTANIELLO, ESQ., hereby certify that copy of the foregoing has been mailed, first class mail, postage prepaid, this 24th day of May, 2006, to:

WILLIAM M. WELCH, II, ESQ.
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

KEVIN G. MURPHY, ESQ.
115 State Street
Springfield, MA 01103

VINCENT A. BONGIORNI, ESQ.
95 State Street
Springfield, MA 01103

MARIA DURANT, ESQ.
DWYER & COLLORA
600 Atlantic Avenue
Boston, MA 02210

MARK J. ALBANO, ESQ.
DALSEY, FERRARA & albano
73 State Street
Springfield, MA 01103

MOIRA L. BUCKLEY, ESQ.
SHIPMAN & goodwin, llp
One Constitution Plaza
Hartford, CT 06106

STEVEN W. LEARY, ESQ.
95 State Street
Springfield, MA 01103

MICHAEL O. JENNINGS, ESQ.
73 Chestnut Street
Springfield, MA 01103

PETER M. MURPHY, ESQ.
101 State St. - Suite 715
Springfield, MA 01103

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

JACK ST.CLAIR, ESQ.
73 Chestnut Street
Springfield, MA 01103

THOMAS KOKONOWSKI, ESQ.
101 State St. - Suite 715
Springfield, MA 01103

GARY A. ENSOR, ESQ.
34 Bridge Street
South Hadley, MA 01075


Dated: 5/24/06

_____
ROBERT T. SANTANIELLO, ESQ.

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515