## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )    CRIM. NO. 04-30046-MAP
                             )
            vs.              )
                             )
ALBERT INNARELLI,            )
                             )
_____Defendant.___)


## MOTION TO CONTINUE FILING DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to continue the filing date of its response to defendants' joint motion regarding loss from August 11, 2006 to August 14, 2006.

As grounds, the Government states that the undersigned will be out of the office on August 10, 2006 and August 11, 2006.

Filed this ____th day of August, 2006.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney


                            ___/s/ William M. Welch II_____
                            WILLIAM M. WELCH II
                            Assistant United States Attorney

1

<u>CERTIFICATE OF SERVICE</u>

Hampden,  ss.                     Springfield, Massachusetts
                                  August 9, 2006


     I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by electronic
service to all defendants.


                         ___/s/ William M. Welch II_____
                         WILLIAM M. WELCH II
                         Assistant United States Attorney