FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   Crim. No. 04-30046-MAP

MARK McCARTHY, ET AL
　　Defendants

MOTION OF THE DEFENDANT, MARK McCARTHY, TO CONTINUE SENTENCING

NOW COMES the Defendant, MARK McCARTHY, in the above-captioned criminal matter and respectfully moves this Honorable Court for an Order continuing the sentencing date presently scheduled for October 13, 2006, and to extend accordingly the present Scheduling Order.

AS REASONS THEREFOR, the Defendant, MARK McCARTHY, through counsel, states that on April 20, 2006, the Defendant pled guilty to Counts 16, 23, 38 and 69, of the Superceding Indictment.

SUBSEQUENTLY, the Court set a Scheduling Order that required the Government to provide the U.S. Probation Office, and simultaneously serve on defense counsel, a statement of relevant facts and any other documents pertinent under Rule 32(d) of the Federal Rules of Criminal Procedure no later than May 25, 2006.

ON OR BEFORE May 25, 2006, the Government did not submit a statement of relevant facts. Indeed, the Government did not furnish to the U.S. Probation Office the statement of relevant facts until August 15, 2006, which was received by defense counsel on August 16, 2006.

ON AUGUST 21, 2006, the Government served upon defense counsel a thirty-seven (37) page attachment not previously included in any submittals by the Government, which purportedly contains a list of alleged fraudulent loans processed through the law office of co-defendant ALBERT INNARELLI.

IT APPEARS THE Government will argue that any additional loans where the Defendant received a check from Mr. Innarelli's IOLTA account should be applied to the Defendant and should constitute relevant conduct for purposes of the advisory sentencing guidelines.

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

IN ORDER for the Defendant to respond adequately to the Government's assertion that he is responsible for any alleged loss related to properties outside the Superseding Indictment, he must be permitted a reasonable opportunity to discover any factual basis relied upon by the Government to establish the Defendant's relevant conduct.

WHEREFORE, Defendant, Mark McCarthy, prays said Motion be allowed.

THE DEFENDANT,
MARK McCARTHY

BY: /s/ Robert J. Santaniello
ROBERT T. SANTANIELLO, ESQ.
SANTANIELLO & SANTANIELLO, LLC
83 State Street
Springfield, MA 01103
Tel: (413) 781-2130
Fax: (413) 732-7515
BBO#560010
Attorney for the Defendant McCarthy

CERTIFICATE OF SERVICE

I, ROBERT T. SANTANIELLO, ESQ., hereby certify that copy of the foregoing has been mailed, first class mail, postage prepaid, this 25th day of August, 2006, to:

WILLIAM M. WELCH, II, ESQ.
U.S. Attorney's Office
1550 Main Street - Suite 310
Springfield, MA 01103

RICHARD RINALDI
U.S. PROBATION OFFICER
PROBATION DEPARTMENT
1550 Main Street - Room 212
Springfield, MA 01103

MOIRA L. BUCKLEY
JAMES W. BERGENN
SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

KEVIN G. MURPHY, ESQ.
PESSOLANO, DUSEL, MURPHY & CASARTELLO, P.C.
115 State Street
Springfield, MA 01103

VINCENT A. BONGIORNI, ESQ.
95 State Street
Springfield, MA 01103

MARIA DURANT, ESQ.
WILLIAM H. KETTLEWELL, ESQ.
DWYER & COLLORA
600 Atlantic Avenue
Boston, MA 02210

MARK J. ALBANO, ESQ.
DALSEY, FERRARA & ALBANO
73 State Street
Springfield, MA 01103

MARK MASTROIANNI, ESQ.
STEVEN W. LEARY, ESQ.
95 State Street
Springfield, MA 01103

MICHAEL O. JENNINGS, ESQ.
73 Chestnut Street
Springfield, MA 01103

PETER M. MURPHY, ESQ.
101 State St. - Suite 715
Springfield, MA 01103

JACK ST.CLAIR, ESQ.
73 Chestnut Street
Springfield, MA 01103

THOMAS KOKONOWSKI, ESQ.
101 State St. - Suite 715
Springfield, MA 01103

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515

GARY A. ENSOR, ESQ.
34 Bridge Street
South Hadley, MA 01075


Dated: 8/25/06

_____
ROBERT T. SANTANIELLO, ESQ.

SANTANIELLO &
SANTANIELLO, LLC
ATTORNEYS AT LAW
83 STATE STREET
SPRINGFIELD, MA 01103
(413) 781-2132
FAX (413) 732-7515