Case 3:04-cr-30046-MAP    Document 295    Filed 10/11/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 OCT 11  A 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30046-MAP |
| vs. | ) |
| 7) MARK MCCARTHY | ) |
| Defendant. | ) |

<u>GOVERNMENT'S MOTION TO CONTINUE SENTENCING OF MARK MCCARTHY</u>

The United States of America, by and through its undersigned attorneys, requests that the sentencing of Mark McCarthy be continued from October 13, 2006 until November 14, 2006. The government relies on the following in support thereof.

This case has recently been reassigned to the undersigned government counsel because the original prosecutor recently left the office. In addition, in the last several months two other members of the office have left which has resulted in a significant number of cases being reassigned. The undersigned needs time to review the lengthy Presentence Report, Defendant's Exhibits, Victim Impact Statements, and Defendant's Sentencing Memorandum and prepare any necessary responses. The defendant assents to this motion.

Therefore, the government requests that the Court continue

the sentencing of Mark McCarthy as requested.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By: _____
                      Todd E. Newhouse
                      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden,  ss.                  Springfield, Massachusetts
                              October 10, 2006

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                            _____
                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney